UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEN GOODMAN,

      Plaintiff,

v.                                                                    Case No. 1:15-cv-00013
                                                                     Hon. Janet T. Neff
JACK COOPER TRANSPORT, CO., and
CASSENS TRANSPORT, CO.

      Defendants.

---

| | |
|---|---|
| JONI M. FIXEL (P56712) | MARTIN C. BROOK (P55946) |
| FIXEL AND NYEHOLT LAW, PLLC | CHRISTOPHER R. MIKULA (P69661) |
| Attorneys for Plaintiff | OGLETREE, DEAKINS, NASH, SMOAK |
| 4084 Okemos Road, Suite B | & STEWART, PLLC |
| Okemos, Michigan  48864 | Attorneys for Defendant Jack Cooper |
| (517) 332-3390 | Transport Co. |
| jfixel@fixellawoffices.com | 34977 Woodward Avenue, Suite 300 |
| | Birmingham, Michigan  48009 |
| | (248) 593-6400 |
| | martin.brook@ogletreedeakins.com |
| | christopher.mikula@ogletreedeakins.com |

---

## DEFENDANT JACK COOPER TRANSPORT CO.'S
## MOTION FOR SUMMARY JUDGMENT

Defendant, Jack Cooper Transport Co. ("Jack Cooper" or "Defendant"), through its

undersigned counsel, hereby moves for summary judgment in its favor under Fed. R. Civ. P.

56(c).  In support of its Motion, Defendant relies upon the law, facts, and argument set forth in

the Joint Statement of Material Facts and Exhibits, and the attached Brief in Support.

On September 14, 2015 counsel for the parties participated in a pre-motion conference

with the Court, at which time Defendant's counsel attempted to obtain concurrence in the relief

sought in this Motion, but such concurrence was denied.  Accordingly, Defendant respectfully

requests that this Court grant its Motion and enter a judgment in its favor, dismissing Plaintiff's

Complaint in its entirety with prejudice.

Respectfully submitted,

By: s/Martin C. Brook
    MARTIN C. BROOK (P55946)
    CHRISTOPHER R. MIKULA (P69661)
    Ogletree, Deakins, Nash,
    Smoak & Stewart, PLLC
    Attorneys for Defendant
    34977 Woodward Avenue, Suite 300
    Birmingham, MI  48009
    (248) 593-6400
    martin.brook@ogletreedeakins.com
    christopher.mikula@ogletreedeakins.com

Dated:  October 13, 2015

2