## INDEX OF EXHIBITS

**Exhibit No.**                    **Description**

1                                  *Damghani v. Pepsico, Inc.*,
                                   2015 Mich. App. LEXIS 1693 (September 10, 2015)
                                   (Unpublished)

2                                  Goodman Cited Deposition Pages

22659275.1