UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


KEN GOODMAN,

                    Plaintiff,                                        Case No. 1:15-cv-13

v.                                                                          HON. JANET T. NEFF

JACK COOPER TRANSPORT, CO.,

                    Defendant.

_____/


**JUDGMENT**

        In accordance with the Opinion and Order entered this date:

        **IT IS HEREBY ORDERED** that Judgment is entered in favor of Defendant and against

Plaintiff.



DATED: March 28, 2016                           __/s/ Janet T. Neff_____
                                                                JANET T. NEFF
                                                                United States District Judge